-FILED-

NOV 27 2023

Al _____ M
Chanda J. Bena, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

United State District Cart

Northern District of Indiana

Hammond Division

Sharre H Whittenberg
Plaintiff

2:23-cv-411

Defendant

Lake County Jail, Warden, C/o Ramirez, C/o Sterks, Swart Jackson, Swart Name, C/o Bernwick
/o Bergens, Swart Unknown, Swart Sanchez, C/o Unknown, Swart Unknown, C/o Miudekle
/o Gentry, Swart Unknown, C/o Bowen, SGT. Nicholas, C/o Kelly, C/o Unknown, C/o Unknown
C/o Unknown. Medical, Hitchens, Judge, Pluokaha Patton Judge, Public Defender

The Defendant Name and Job title Judge Natalie Bokodta - Public Defender Arronskcan
Lake County Jail, Facility Unknown First Fotino last Warden - Unknown First Ramirez last
Correctional Officer - Unknown First Sterks last Correctional Officer - Unknown First Jackson
last Swart - Unknown First Name last Swart - Unknown First Banwich last Correctional Officer
Unknown First Pergen last Correctional Officer - Unknown First last Unknown Swart - Unknown
First last Sanchez last Swart - Unknown First Unknown last Correctional officer, Unknown
First Unknown last Swart - Unknown First Miudekle last Correctional Officer - Unknown
First Gentry last Correctional Officer, Unknown First Unknown last Swart - Unknown First
Bowen last Correctional Officer - Unknown First Nicholas last SGT - Unknown First
Kelly last Correctional Officer - Unknown First Unknown last Correctional Officer -
Unknown First Unknown last Correctional Officer - Unknown First Unknown last Correction
Officer - Kitchen Unknown First Unknown last, Unknown First Unknown last Medical
Unknown First Patton last Correctional Officer

What is your telephone number? N/A

Have you ever sue anyone for these exact Claims? Yes or No

If yes attach copies of the final Judgement and additional sheet listing the court case
Number, Filing Date, Judgment Date and the Results of the previous case

Claims and Facts Write a short and plain statement stating what each Defendant did using
any simple English use plus than one sentence

Do not use legal or make legal argument. Explain when, where, why, and How it happen
Include every fact necessary to explain your case and describe your injuries and damage
Number any document you attach and refer to them by number in your complaint.
Do not include privileged

Do not include Social Security Number or Date of Birth

Use each defendant name every time you refer to that defendant

Number your paragraph

Belief I If you win this case what do you want the court to do order the defendant to do? Pain and suffering, Psychological, And emotional distress compensation I leave to the court for how much compensation I recieve from this avilsuit, All staff be removed from working in this facility, Seal Food trays PACKAGE where the inmate has to tear the seal of the Food Tray No Styro foam Food Tray Period Nothing that can be alter before the inmate recieve his/her food No lid trays to prevent this from happening to anyone else Judge Natalie Bakota Bar Aaron Kuance Bar

Are you paying the filing suit? Yes or No    $402.00

I under stand that Im responsible to notify the defendant about this case and be sure by federal rule of civil procedure 4, that mean IF you want the clerk to sign seal a summit you pre pare the summit and commit to the clerk Yes or No

Im filing a motion to proceed in Federal praperis and asking the court to notify the Defendant about this case Yes or No

Initial each Statement  G. W

I would keep a copy of each complaint for my record Yes or No

I would properly notify the courts if any change of address Yes or No

I declare under penalty and perjury that the statement in this complaint Are true Yes or No

Sincerelly
Garrett Whittle
November 21, 2023

Response                    Food Scandal

File 11/12/2023                A&P# 388845011

DOT 11/11/2023

cc H-Pod   Cu2a H-Pod   Report Correctional Officer ® Help Nothing

I would like full video and audio of the full day, E Sept. When November 11, 2023 I

write medical to be taking off of the kosher Diet because I never asked to be place

in it. I requested Bag lunches which this been over 3 weeks ago requested this change

in kosher Diet. Since 3 week ago I was giving Bag lunches by certain officer who

follow the rules but Do to other staff trying to Argurize me they have other office

force me to take Regular trays or Don't Eat. I have been on numerous Hunger strikes

and as soon as medical change my Diet Correctional Officers force's me to change

it. They then even Raise the price of Health Shakes and am in segregation. this is

Another way staff at Lake County Jail police, Detectives, and Federal Agent would

have other inmates do cruel acts to other inmates food be cause if they charges

Dont like them, or if the case against Going in the police, Detective, and Federal Agent

Favor. This is also part of a Food Scandal where inmates Get time cuts, move

Special Food, etc. Styrofoam trays Need to be Ban And Steal breakfast, Lunch, and

Dinner trays. I was giving a Regular tray at breakfast, a kosher which I request at

Lunch, then a Regular tray at Dinner by one of the Officer who try to give me the

kosher at lunch which there was 3 Extra Regular trays at lunch I also

write the warden about this as well....

Ground #9

'ESPONSE 10/10/2022   Putting Drugs And bodily fluids in feed tray

FILE 10/10/2022        REF# 2C06026272

DOI 10/9/2022

Lcc 4th Floor A Cell 1 4th Floor A Report Cici was laughing, Help Nothing In October 9, 2022 the Guy in Cell 1 was telling the trustee who handle All food trays the Guy in Cell 2 is A Rapest And Child molester and they response was they will serve justice in they own hands they don't have No Remorse further And they would put Drugs And bodily fluids in the food Trays trustee walk Around freely Around the food tray, I'm Requesting Sealed Box Lunches or boost protein shake that sealed they

FILED Masters

GRIEVANCE #1

RESPONSE 8/31/2023    Medical Not Giving Me Nutrient

File 8/24/2023    DEFF# 375804771

DUE 8/24/2023

Lce E-Hall Cuzo H-Hall  Report Correctional Officer Gonzalez Help

tries to contact them

On August 22, 2023 August 23, 2023, August 24, 2023 During these following

Days In the morning med pass I didnt recieve my nutrient boost I

would like the full video And Audio of the 4th Floor E-Hall

GRIEVANCE #2

Response 9/5/2023     Switching Food tray

File 9/4/2023           Theft# 285650151

Dot 9/4/2023

Loc H-pod   Curr. H-pod   Report Correctional Officer2 Mlodeckie  Help

setting

On September 4, 2023 I would like the Full video And Audio on Monday

September 4, 2023 Full Day inside H-pod Cell 124 Axlog H-pod For the

Lunch Feed thirteen weather Did the Lunch Feed And Switch lunch tray out

with the tray Sitting on the table And tried to give it to me which I

Refuse I told Correctional Officer2 Mlodeckie He said Im seeing things

And Didn't Do Anything

Food

GRIEVANCE #3

Response 9/5/2023     Tampered Food

File 9/7/2023           Ref # 2856155I1

DOT $9/5/2023

LCC Hans Cuzo H-pod   Report Ramirez   Help tried to give me another
tray I refuse

September 2,2023 I would like the full video footage and audio of
Saturday September 2,2023 on H-pod Cell 124 and on H-pod for the
Lunch Feed Correctional Officer Ramirez handed me a lunch tray when I
open up the Cathe Layer was placed on top of the Cathe with some Glue
stuff in the middle the rice was slimy the biscuit was gluey as I put
the lunch tray to the Canora in Cell 124 showing the food tray the itse And
wanted flush it in the toilet then Ramirez Correctional officer Ramirez open my
door And tried to hand me Another tray which I refuse

Griuance #4

Response 9/6/2023      Dinner tray short

File 9/5/2023          Theft# 287928 251

DUI 9/4/2023

cc H-Dou    Curr. H-Dou   Report Sanchez   Help: Nothing
                                    Swart

On September 4, 2023 During the Dinner Feed my food tray was Extremely
Short I Swart Sanchez for another tray he seen he threw the tray is
Snitty I'm requesting the Full video footage Inside and outside of my cell

GRIEVANCE #5

2052-SE 9/8/2022   Playing Games with Food Ref# 200401083

Rie 9/8/2022

DET 9/12/2022

CC 4th Floor   Cunn 4th Floor REPORT C/O Bergan C/O Sterks Help Nothing
On the Above Date C/O Bergan was Doing the lunch Feed 4A and as the
trustee proceeded to put my lunch today in the chuck hole I Immediatly opened it
because I was hungry the lunch portion was extremly less Peas in it and
the cake was wet like it was intentionally soaked in something of liquid I ex
plain this to C/O Bergen in fact I even showed Him He Stated He wasn't Giving
me Another tray C/O Sterk Came to collect the trash and I explain it to him
what had happen He Stated was I throwing the tray away I said yes I cant
Eat this my room has a camera to verify this incident Im requesting box
lunch be Implemented to prevent situation like this from Reoccurring
thankyou

FOOD
GRIEVANCE #6

Response 9/13/2022 my Food being tamperus with REF #90141/case

File 9/13/2022

Oct 9/13/2022
4th A Recort by C/O

On September 13, 2022 C/O2 4th Fieur A Report now because the C/O are thir some Help Allowd me to picki my own lunch tray

Im Grievancing the fact that During the breakfast feed from September 11, 2022 to September 13, 2022 my breakfast tray and milk has been alterced I have 2 cameras in my cell to prove I threw the breakfast tray Away on September 11, 2022 September 12, 2022 I ate some of the cake before realizing it was alterced I threw that tray Away as well the same thing happen on September 13, 2022 where I had to threw that tray Away, after taking a few bites Im asking that the cell cameras feetage after the whole Days in my cell be stered



FOOD
GRIEVANCE #7

Response                    WARDEN NOT RESPONDING

File 11/12/2023                TO Feed Issue REF# 3886C31051

Dot 11/11/2023

CC H-Pod   Cura H-Pod   Report Dw Futino    Help Nothing
I Wrote Dw Futino thru Inter building Mail About my Kosher Diet
Which I was placed on By Medical then I wrote Medical About Bag lunch
Which I was Requesting to be place on in the First place And I was Giving
Bag lunches by Certain Officer then I was Force to Eat Regular Food trays
~~Quetantine I then~~ this All being Done to cover Up what LAthe county
Jail Police, Detective, and Correctional officer Do to Certain inmates
Feed With Certain Charges or if they Dont like thru (Sealed) Lunches, Breakfast
And Dinner trays need to be inforced NO Styrofoam. They Also Give Inmate
time cuts (money, Etc) Bathing this Food scandal of Cruel Acts they have other inmates Do to
other inmates Food Its like A 3pest That Why majority of Inmates prefer the
Styrofoam trays because it level At the ones who Are from there or have Good
Relationship with officers, Detective, Correctional official, Staff, Etc
                Police

Grievance #8

On This Grievance
C/C Getting
Submit Unknown
C/O Unknown

GRIEVANCE #1 C1

Because                 Transit Officer no thing action
File 11/12/2023        Inmate Attemin active Inmate
DOI 11/10/2023         RCFI

LCC H-pod Cell H-33 is RC pod LT. Travis Safesterzck Help no thing

I sent Sgt Sterzeth Grievances I had to full officer pater because the

felinate Machine kept saying fenudron and freeze Every time I start the

Grievance too this Issue And this was a week after it got fix, But officer

Detectives, And Correctional officers Alone with Inmates, Day other Inmates

to attempt to attack Inmate ...

Response                    Not Giving Me My Sick Call
File 11/14/23              REF# 393021051
DCI 11/14/23

Resp Action Corr Action    Request C/O Gentry Clow/know    Help Refuse

I would like the full video and audio of the Full Day of Correctional
Officer Not Giving Me Sick Breakfast, Lunch, and Dinner. Officer Jackson
at Breakfast, Scott unknown at Lunch, And C/O Porter at Dinner

Response          NOT Giving me B+G lunch          # 14

A le 11/14/2023          12EFFA 373003355

DOI 11/13/2023

Loc H-Pod   Curr. H-Pod   Report Sgt Nicholas C/O Nelly Help Nothing

I would llke the full video audio of 11-13-2023 from Breakfast to lunch
use C/O Bennevich Gave me a sak lunch and At lunch C/O Bowen trying to give
me a regular lunch which I told C/O Bowen I Get Sick lunch C/O Bowen state He was
Going to Get me A sak lunch but never return - Dinner Came Around Sgt Jackson
Handing me to 12 Guns Dinner trays. I would llke back on Before me

Bowen + I was hungry



3-2 Response                    Alter Breakfast Feed Tray

File 11/15/2023              REF# 373174061

DOT 11/15/2023

Loc H-Pod. Curr H-Pod   Report Swant Jackson Swant Name C/O Beravich (He is)
Nothing

On November 15, 2023. During the Breakfast Feed Correctional Officer Beravich who
Gave me a Sak Breakfast a Few Days Earlier of this incident and Kitchen worker who
confirm on numerous occassion I get Sak Did not Give me a Sak Breakfast instead He
Gave me Alter lone Breakfast tray the cake was wet like it been put back together plus the
Milk was open and then close. I tried to change the feed tray. I Swant Jackson Swant
Nothing now. C/O Beravich all down so I flush this tray try the toilet

#12

This been 38(th) August 2000 I was on the tier for a couple of Days on protected custody. I was being psychologically tortured on that tier too. And CEF J. Ashton Ricewell who just so happen to be working the tier for a warden. Ricewell had got the warden Cox for me I explain to warden Cox the situation warden Cox basically did nothing. I was moved to the 4th floor as I requested to classify a couple Days later.

Claims And fact:     GW

MAy of 2023, July of 2023, And September of 2023 while being

Housed in Lathe County Jail I informed Public Defender Aaron

Kliance of what Lathe County Jail Officials Are Doing to my

food because of my Charges, by Spitting, Bedily fluing, Drugs, pre

Scription, Drug, Stale food sitting out all Day, Etc

Public Defender

CLAIMS AND FACTS:        GW                    #1

In July of 2023, August of 2023, And September of 2023 I've continue Being Housed In Lake County Jail. I Inform Judge Natalie Bokadta C of what Lake County Jail Official Are Doing to my Food BeCause Of what I'm Charge with by Spitting, Bodily Fluids, DRUGS, PRESCRiption DRugs Stale Food, Sitting out all For Days And Still Continue to have me Housed In Lake County Jail

Judge

CIVIL SUIT FILING

FOOD

Claims and Facts

I was housed In Cell 2 4th Floor A building the kitchen worker (unknown) he was the plaintiff inmate in Cell wet food Tilly him the cage was small and large portion was slimy. Anthony unknown 2 state fuck that bitch He a Rapist and A Child molester and the kitchen worker stated they will serve justice In they own hands they dont have no remorse for those. Correctional Officer unknown just laughed This has been Going on for A little less than 2 years with this Issue with my food

M

CLAIMS AND FACTS   Dtf#275894771   GW   #2

ON August 22, 2023 NURSE UNknown DIDN'T GIVE ME bOOST I REPORTED TO CORRECTIONAL
OFFICER GUNZALEZ ON August 23, 2023 NURSE UNKnown DIDN'T GIVE ME boost IN the
morning. And ON August 24, 2023 NURSE UNKnown DIDN'T GIVE ME boost IN the morning
In the even August 22, 2023 Med tech UNKnown Hand me A boost with the SEAL Already
broken, August 23, 2023 NURSE Tyshan last name UNknown HANDED me A boost with a
SEAL which I had took A Gulp before REALIZING I Showed It to the Camera In my cell
that why I REQUESTED the FULL VIDEO FEUTAGE OF these DAYS aswell

Aims Around Dept. Sept 2765591151 September 4, 2023 during the Feed (kitchen worker)inmate possibly sweeping with the tray Another Inmate unknown left on the Dayroom table table. Correctional officer then Block my view from the Feed trays As Correctional officer M Lodecki place the Feed trays in Inmate Chuck Holes who went before me. I refuse the tray. Also every time After I Get through eating. The Correctional officer, Staff who control the TV would Play A New, Sit com, etc basically insinuating what they Just did to the Feed The Tv would be off then depending how long Correctional officer Dont let inmate out on Range they would keep the TV off.

Claims During the Lunch feed When I Got on September 2, 2023 Correctional Officer Ramirez Pass my Food Tray I notice the Cathe Didn't look Right My Food Tray and was about to eat the Food Tray I notice the Cathe Didn't look right by the Sides When I Grabb the Cathe the Whole top Came off like it was just place on top. And the bottem Pant was all Gluey And the Biscuit Was Glued As Well I Put the lunch Tray to the Camera In my Cell And Showed It. Shortly After Correctional Officer Ramirez Came back to my Cell With Another tray Which I Refuse And told Ramirez Correctional Officer About the Food Tray Correctional Officer Ramirez Just laughed

Claims and Facts

the lunch food and handed me a extremly small
In September 1 2023 Sugary Spain left me the lunch food and handed me a extremly small
with a extremly small portion of food on my feed tray. I Showed the feed tray to
Swart Sanchez and Asln for Another tray Swart Sanchez just Smile and Said yeah
I know the tray is kind of Shitty and laugh

In Septem... the OFFICER PUT IN DIS-
oon as CORRECTIONAL OFFICER Bonson PUT my FOOD Tray through the CHUCKHOLE I Immediatly
OPEN IT AND THE FOOD PORTION WAS EXTREMLY SMALL AND THE CIGHT WAS WET LIKE IT BEEN SOAK
N Something, I SHOW THE FOOD TRAY to CORRECTIONAL OFFICER BORSON AND CORRECTIONAL OFFICER
BORGEN STATED HE WASNT GIVING ME ANOTHER TRAY CORRECTIONAL OFFICER STERKS CAME to
Collect the trash I EXPLAIN to CORRECTIONAL OFFICER STERKS About the Incident with the FOOD
TRAY CORRECTIONAL OFFICER STERKS STATED IS you throwing the FOOD tray Away I STATED YES
AND SHOWED the FOOD TRAY to my cimmate IN my cell.

Claims And Facts   Ref# 201417852         GW      Bizark    #7

On September 11, 2022 Correctional Officer Unknown[1] did Break fast tray the cereal was wet And the milk was open And then reclosed And so I reported this incident to Correctional Officer unknown thru the SPEAKER In my cell And Nothing was Done I show the food Tray to the camera An my cell And then flush the food Tray On September 12, 2022 Correctional Officer Unknown[2] Did Break fast feed And when I Got my Break fast Tray I took A bite of the cake And it was All Doughie like And the milk Also was Open And Reclose I press the call button In my cell Didnt Get A Answer I showed the food tray to the camera In my cell And then flush the food tray in the toilet On September 13, 2022 Correctional Officer Unknown[3] Did the Break fast feed And the Same thing the cake was extremly wet like someone litterlunally soakh it in something And the cereal was wet As well. I press the call button Didnt Get A Answer I showed the food tray to the camera In my cell And then flush it.

USDC IN/ND case 2:23-cv-00411-TLS-JEM   document 1   filed 11/27/23   page 39 of 44

(1) Now Gudden/Warden that the cruel in acts of Warden Krishn Diet I want to speak to accuse to
Be TAKING off of the Kosher Diet because I never Requested to be on the Kosher Diet I ask
For Sack Lunch or Seal Breakfast, Lunch, or Dinner (The Sak Lunch is kind of hard to alter) I was
told over the phone through Message I Had to write the Warden About my Diet Change which was
Odd because I Didn't Have to write the Warden to Get on the Kosher Diet So I wrote Deputy
Warden Fatino thru Inter building Mail (who Didn't write back by the way) And explain to Deputy
Warden Fatino that Kitchen worker, Correctional Officer, Detective, Federal Agent All Do Cruel
Acts to Contain Inmate Food with Changes they Don't Approve of, If they Don't like the person,
Or If the Case Aint Going in the Detective, Federal Agent, Police Favor, I told Deputy warden
Fatino Seal Breakfast, Lunch, And Dinner trays Need to be Implemented no Stype
Foam trays. I Also think Correctional Officer, police, Detective, Federal Agent, Are putting
these Acts of what they Do to Contain people Food on the Internet to Coming Ward off
of it

CLAIM No Fact 12 EFF# 38884SQ11

On November 11, 2023 I told Correctional Officer © over the inner com About the kosher Dietary I refuse from Correctional Officer Ramirez At Lunch And how Correctional Officer Benavich Gave me a Sac Breakfast Which Kitchen Worker Unkwan Confirm At Breakfast. Then At Dinner time Correctional Officer Ramirez Handed me A regular Food Tray Which I Ate Or I was Gone Starve. I Wrote © A Grievance on this matter November 11, 2023 And Explain How Lake County Jail Police Has A Food Scandial with the Food Trays In the Lake County Jail Facility where Correctional Officer, Police, Detective, Federal Agent put Drugs, Psych medication Bodily Fluids In Certain Inmate Food with Changes they Dont Approve of or they Dont Like or if they Case Is Not Going In the Police, Detective, or Federal Agent Favor. They Also Give Certain Inmate who Assist In these Acts time Cuts, money on their Account, Special Food, Etc I'm Not Sure but I think the money Is being Generated From the Internet threw Views of People Eating what ever they Do to the Food

REF # 393093551

Claim involved (Correctional Officer Benovich) Correctional Officer

On November 13, 2023 C/O Benovich Brought A Sake Lunch to my Range And Hands me A Regular Bag Lunch Benovich Did the Lunch Feed while I was out For my Range And Hands me A Regular Bag Lunch Benovich Did the Lunch Feed while I was out For my Range And Hands me A Regular Bag Lunch Lunch tray which I told Correctional Officer Benovich I Get A Sake Lunch And I Correctional Officer Benovich Stated He Would Go Get the Sake Lunch which Correctional Officer Benovich Never Did. I told SGT Nicholas of this incident And SGT Nicholas Stated Did Correctional Officer Benovich State He was Going to Get the Sake Lunch I told SGT Nicholas that Correctional Officer Benovich State He was Going to Get the Sake Lunch But Im hungry About 3 hours later Correctional Officer Holley Did Rounds And I Ask Correctional Officer Holley About the Sake Lunch No Officer Holley Did Rounds And I Ask Correctional Officer Benovich Said He wasn't Getting Nothing Correctional Officer Holley State Correctional Officer Benovich Said He wasn't Getting Nothing Dinner Feed Correctional Officer Holley State At that Point I was Starving So Dinner Feed Correctional Jackson Handed Me 2 Dinner trays At that Point I was Starving So

I Ate the 2 Dinner trays, Shortly After A News Clipping was played insinuates what they Did to the Feed, (Kitchen Workers, Inmate's STAFF)
Unless to the Feed,

MEMO    12-7-2021

USDC IN/ND case 2:23-cv-00411-TLS-JEM   document 1   filed 11/27/23   page 42 of 44

Do to Unforseen Delivery Issue the contact might Unfortunaly
Be Adjust Dinner time the even meal would not be the same
as the Regular MENU one for the Next 5 Days Hopefully we will
Be Commence with the Regular meal December 16, 2021

REF# 3585 6d061 Grievance # PENDING PROVING LAKE COUNTY JAIL LAW LIBRARY

REF: USDC3N/ND these 1983 Forms AND SAID I HAVE TO GET THE FORMS FROM A NUMBER I CALL THE public DEFENDER OFFICE AND WAS told by MILIANO Sense PARALEGAL that they office DOESN'T HANDLE THESE Forms AND Lake County Facility LAW LIBRARY SUPPOSE to Give me 1983 Forms. I wrote the United States District Court IN October of 2023 FOR 1983 Forms AND DIDN'T GET A RESPONSE SO I CALLING family AND GOT the best FORMAT I could of A 1983 Form (BECAUSE of PHONE CALL 25¢ cent A minute) AND the DEADLINE WAS COMING UP ON Some OF THESE CIVIL SUITS

...with will refuse to give me copies of all my grievance and request I had and I only got 1 hour out a day and commissary started to not have central writing utensil and would mysteriously not come on certain commissary days reff fee for not giving me copies of grievances and request. As you can see I was running low on writing paper

358559881