UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| GARRETT WHITTENBURG,<br><br>Plaintiff,<br><br>v.<br><br>LAKE COUNTY JAIL, et al.,<br><br>Defendants. | CAUSE NO. 2:23-CV-411-TLS-JEM |

**ORDER**

Garrett Whittenburg, a prisoner without a lawyer, was ordered to file an amended complaint on the proper form. ECF No. 4. He was later granted additional time to do so until February 12, 2024. ECF No. 7. He was cautioned that if he did not file an amended complaint by the deadline, the case could be dismissed without further notice. *Id*. The deadline has passed, but Whittenburg has not filed an amended complaint nor responded in any other way. It appears he has abandoned this case.

For these reasons, this action is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b). The Clerk of Court is DIRECTED to close this case.

SO ORDERED on February 22, 2024.

 s/ Theresa L. Springmann
JUDGE THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT