AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

GARRETT WHITTENBURG

        Plaintiff

   v.

LAKE COUNTY JAIL, *facility;*
WARDEN;
RAMIREZ, *c/o, correctional office;*
STERKS, *c/o, correctional officer;*
JACKSON, *Swart;*
SWART, *Name;*
BERNVICH, *c/o, correctional officer;*
BERGENS, *c/o, correctional officer;*
SWART, *unknown;*
SANCHEZ, *Swart;*
UNKNOWN, *c/o;*
MLODOCKIE, *c/o, correctional officer;*
GENTRY, *c/o, correctional officer;*
SWART, *unknown;*
BOWEN, *c/o, correctional officer;*
NICHOLAS, *SGT.;*
KELLY, *c/o, correctional officer;*
UNKNOWN, *c/o;*
UNKNOWN, *c/o;*
UNKNOWN, *c/o;*
MEDICAL, *unknown first, unknown last;*
KITCHEN, *unknown first, unknown last;*
NATALIE BAKODTA, *Judge;*
ARRON KOONCE, *Public Defender;*
FUTINO, *unknown first;*
PATTON, *correctional officer*

        Defendants

Civil Action No.  2:23-cv-411

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

____ the plaintiff_____
recover from the defendant _____ the amount of_____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

AO 450 (Rev. 01/09)  Judgment in a Civil Action

___  the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____ recover costs from the plaintiff _____.

 _X_  Other:  This case is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b).

This action was (*check one):*

__ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

__ tried by Judge _____ without a jury and the above decision was reached.

 _X_  decided by Judge Theresa L Springmann

DATE: 2/23/2024                          CHANDA J. BERTA, CLERK OF COURT


                                        by  s/ S. Jarrell_____
                                        *Signature of Clerk or Deputy Clerk*